IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | |
| EARL MOORE | : | No. 08-730 |

## **ORDER**

AND NOW, this 6th day of January, 2010, Defendant Earl Moore's Motion to Suppress (Document 43) is DENIED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.