IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 08-730-01 |
| | : | |
| EARL MOORE | : | |

## **ORDER**

AND NOW, this 25th day of January, 2017, upon consideration of Defendant Earl Moore's pro se Motions to Reduce Sentence Under 18 U.S.C. § 3582(c)(2) and the Government's response thereto, it is ORDERED the Motions (Documents 111 & 113) are DENIED.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Moore asks this Court to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. The Government opposes Moore's request, asserting Moore's sentence is not eligible for a reduction under Amendment 782 because his guideline range was set by the career offender guideline, not by Section 2D1.1, and the career offender provision was not affected by the amendment to Section 2D1.1. For the reasons set forth in the Government's response, Moore's request to reduce his sentence is denied. Moore's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 remains pending, and may provide him with relief.