IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 08-730 |
| | : | |
| EARL MOORE | : | |

**<u>ORDER</u>**

AND NOW, this 19th day of January, 2021, upon consideration of Defendant Earl Moore's Pro Se Letter Motion for Compassionate Release and the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 132) is DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.