IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 08-CR-0730 |
| EARL MOORE | : |

**O R D E R**

AND NOW, this 19th day of October, 2021, it is hereby ORDERED that Defendant Earl Moore's Motion for Reconsideration of the Court's Memorandum and Order of January 19, 2021 denying Compassionate Release (ECF Nos. 144, 148), is DENIED for the reasons outlined in the preceding Memorandum.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sánchez,    C.J.